GERBER, J.
 

 We reverse the circuit court’s final summary judgment of foreclosure against Ste-lian Lazuran (the “defendant”). Citimort-gage’s complaint alleged that all conditions precedent to the mortgage note’s acceleration had been fulfilled, and Citimortgage’s affidavit in support of its motion for summary judgment stated “[t]hat each and every allegation in the Complaint is true.” Such a conclusory allegation is insufficient to refute the defendant’s affirmative de
 
 *190
 
 fense that Citimortgage failed to provide him with notice of the acceleration pursuant to the procedures specified in paragraph 22 of the mortgage. Therefore, reversal is required.
 
 See Frost v. Regions Bank,
 
 15 So.3d 905, 906-07 (Fla. 4th DCA 2009) (“Because the bank did not meet its burden to refute the Frosts’ lack of notice and opportunity to cure defense, the bank is not entitled to final final summary judgment of foreclosure.”).
 

 Reversed.
 

 POLEN and LEVINE, JJ., concur.